### 20129. IVEY v. THE STATE.

BLOODWORTH, J. 1. There is no merit in either of the special grounds of the motion for a new trial.

2. While this case is dependent upon circumstantial evidence alone, the evidence is sufficient to exclude every other reasonable hypothesis than that of the guilt of the accused.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 10, 1929.

*W. C. Little,* for plaintiff in error.

*W. B. Gibbs, solicitor-general,* contra.

### 20130. BONNER v. THE STATE.

BROYLES, C. J. 1. The alleged newly discovered evidence is largely cumulative and impeaching, and is not of such a character as would probably cause a different verdict upon another trial of the case.

2. The special grounds of the motion for a new trial, not dealt with above, show no cause for a reversal of the judgment.

3. While the evidence as a whole amply authorized a verdict of murder, there was some evidence supporting the verdict returned (voluntary manslaughter), and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 10, 1929.

*R. D. Jackson, Smith & Millican, Willis Smith,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general, Boykin & Boykin, A. B. Taylor, Lee B. Wyatt,* contra.